IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN EWING, individuals; and RICHARD EWING, individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TYLER ADDISON, an individual; and MIDWEST MEDICAL TRANSPORT COMPANY, LLC,<br><br>　　　　　　Defendants. | 8:23CV459<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Filing No. 27. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that case be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 24th day of June, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge